UNITED STATES of America, Plaintiff–Appellee,

v.

Derrick BAILEY, Defendant–Appellant.

No. 14–14129

Non–Argument Calendar.

United States Court of Appeals, Eleventh Circuit.

March 16, 2015.

Michelle Lee Schieber, Danial Edward Bennett, Tamara A. Jarrett, Michael J. Moore, U.S. Attorney, U.S. Attorney's Office, Macon, GA, for Plaintiff–Appellee.

Charles E. Cox, Jr., Charles E. Cox, Jr., LLC, Macon, GA, Derrick Bailey, Atlanta, GA, for Defendant–Appellant.

Before MARTIN, JULIE CARNES and ANDERSON, Circuit Judges.

PER CURIAM:

Charles E. Cox, Jr., counsel for Derrick Bailey, has filed a motion to withdraw on appeal, supported by a brief prepared pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is

---

GRANTED, and Bailey's conviction and sentence are **AFFIRMED**.